P.O. Box 5598
Chicago, IL 60680-5598

**HARRIS & HARRIS, LTD.**
**600 W. JACKSON BLVD., SUITE 400**
**CHICAGO, IL 60661**
**(866)561-4214**

MJC

February 27, 2008

08 C 1390



Daniel Zaborac

, IN

HARRIS & HARRIS, LTD.
600 W. JACKSON BLVD., SUITE 400
CHICAGO, IL 60661

JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

*** Detach and Return with Payment ***

# ST MARGARET MERCY HLTHCARE CNTR HAS PLACED YOU FOR COLLECTION

**Creditor: ST MARGARET MERCY HLTHCARE CNTR**

**Amount Due: $476.16**

## Review Your Options:

We are a collection agency hired to collect a past due account that you owe to ST MARGARET MERCY HLTHCARE CNTR. Here are some of your options that you should seriously consider.

**(1.) PAY THIS DEBT ...** by check over the phone or you can mail your payment.

**(2.) CALL US ...** Let's discuss your intentions to resolve this matter.

**(3.) NOTIFY US ...** If disputed, see federal law below.

Account#: 940

## FEDERAL LAW

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing that the debt, or any portion thereof, is disputed within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.




CIA



PRESORTED
FIRST CLASS



P.O. Box 5598
Chicago, IL 60680-5598

**HARRIS & HARRIS, LTD.**
**600 W. JACKSON BLVD., SUITE 400**
**CHICAGO, IL 60661**
**(866)561-4214**

February 27, 2008



Daniel Zaborac
, IN

HARRIS & HARRIS, LTD.
600 W. JACKSON BLVD., SUITE 400
CHICAGO, IL 60661

*** Detach and Return with Payment ***

# ST MARGARET MERCY HLTHCARE CNTR HAS PLACED YOU FOR COLLECTION

**Creditor: ST MARGARET MERCY HLTHCARE CNTR**

**Amount Due: $1308.78**

## Review Your Options:

We are a collection agency hired to collect a past due account that you owe to ST MARGARET MERCY HLTHCARE CNTR. Here are some of your options that you should seriously consider.

**(1.) PAY THIS DEBT ...** by check over the phone or you can mail your payment.

**(2.) CALL US ...** Let's discuss your intentions to resolve this matter.

**(3.) NOTIFY US ...** If disputed, see federal law below.

Account#: 508

## FEDERAL LAW

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing that the debt, or any portion thereof, is disputed within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

C1A

PRESORTED
FIRST CLASS

