## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1390 | **DATE** | 4/1/2008 |
| **CASE TITLE** | Daniel L Zaborac vs. Harris & Harris, LTD. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation of Dismissal [8] filed 3/27/08, this action is dismissed with prejudice. Status hearing set for 5/7/08 is stricken. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|